

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  | § |  |
|---|---|---|
| VICTOR M. ANGUIANO, | | No. 08-17-00178-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| V. | | County Court at Law No. 5 |
| | § | |
| CITY OF EL PASO, DANIEL | | of El Paso County, Texas |
| MARES, KAREN S. MARES A/K/A | § | |
| KAREN SUE MARES, AND ALICIA | | (TC# 2011TX484) |
| MARES, | § | |
| | § | |
| Appellees. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 8TH DAY OF NOVEMBER, 2017.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.